NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROMALA STONE, INC.,**
*Plaintiff-Appellant,*

**v.**

**THE HOME DEPOT U.S.A., INC.,**
*Defendant-Appellee.*

---

2010-1044

---

Appeal from the United States District Court for the Northern District of Georgia in No. 04-CV-2307, Judge Richard W. Story.

---

**JUDGMENT**

---

THOMAS N. PARSEKIAN, Parksekian Law Corporation, of Laguna Niguel, California, argued for plaintiff-appellant. Of counsel was SANFORD ASTOR, Lewis Brisbois Bisgaard & Smith LLP, of Los Angeles, California.

HOLMES J. HAWKINS III, King & Spalding LLP, of Atlanta, Georgia, argued for defendant-appellee. With him on the brief were LETITIA A. MCDONALD, THOMAS C. LUNDIN JR.; and PAUL D. CLEMENT and DARYL L. JOSEFFER, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*), FRIEDMAN, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| September 9, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |